AO 91 (Rev. 08/09) Criminal Complaint

United States District Court
Southern District of Texas
FILED

MAY 16 2016

, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Carlos Villegas Jr.<br>United States citizen<br>YOB:1990<br>*Defendant(s)* | )<br>)<br>) Case No. M-16-0938-M<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 12, 2016__ in the county of __Brooks__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1324 | Knowingly and in reckless disregard of the fact that aliens who had entered the United States in violation of law, did enter into conspiracy with others unknown to transport aliens by means of a private vehicle in furtherance of such violation of law within the United States, this is, from a location near Edinburg, Texas, to another location near Encino, Texas. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

Approved by Robert Guerra AUSA

*Complainant's signature*

Jose A. Alvarado, HSI TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/16/2016

*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate Judge Dorina Ramos
*Printed name and title*

Attachment "A"

On May 12, 2016, a U.S Customs and Border Protection Office of Border Patrol (OBP) agent was working near the intersections of Highway 107 and Val Verde Road, near San Carlos, Texas, in an unmarked vehicle. The agent observed a grey Ford F-150 drive to the Stripes convenience store located at that same intersection. The agent recognized the driver, Carlos Villegas, Jr. from previous documented Border Patrol encounters. The OBP agent observed as Villegas made contact with two individuals who arrived at the location. The individual were driving a white Ford F-150. Following this meeting, both vehicles departed the store in tandem. The agent eventually lost sight of both vehicles. A description of the two vehicles was broadcast to other OBP agents in the area.

Following this broadcast a Falfurrias, Texas OBP agent working on FM755, later encountered the suspect white F-150 and the suspect grey Ford F-150. Upon seeing the marked Border Patrol unit, the driver of the white F-150 drove the vehicle off the road and multiple people ran from the vehicle. The OBP agent stopped at the bailout scene and saw the grey F-150 driven by Carlos Villegas, Jr. drive past the bailout location. OBP contacted Hidalgo County Sheriff's Deputy who later encountered the grey F-150 traveling southbound on Highway 281 and conducted a traffic stop to confirm the identification of the driver. Sheriff's Deputy confirmed the driver as Carlos Villegas, Jr. and issued a citation for a traffic violation.

Seven (7) undocumented aliens were subsequently apprehended in the area near the abandoned white F-150. The undocumented aliens were transported to the McAllen Border Patrol Station for administrative processing and interview.

At the McAllen Border Patrol Station, **Melvin Dominguez-Zavaleta**, an undocumented alien from El Salvador told agents that after entering illegally into the United States, he was driven by an unidentified male to a mall parking lot where he and three (3) other undocumented aliens were picked up by an individual known as "Gordo," who drove a grey Ford truck. "Gordo" transported the group to a stash house, where they remained for one week. May 12, 2016, "Gordo" walked into the stash house and asked for four (4) short individuals, who were told to get into the cab of the white F-150. Gordo and a second unidentified individual instructed the rest of the group to get into the bed of the white F-150, gave them instructions not to move and raise their heads, then placed plywood over everyone laying in the bed of the truck. Utilizing a six person photo lineup, **Dominguez-Zavaleta** identified Carlos Villegas, Jr. as the person he knew as "Gordo."

**Cesar Pecher-Zorin**, an undocumented alien from Guatemala stated after entering illegally into the United States, he was taken to a stash house. He was subsequently taken to a second stash house where he stayed for a one week. **Pecher-Zorin** identified "Gordo" as the individual who took food for the group on at least three separate occasions. Utilizing a six person photo lineup, **Pecher-Zorin** identified Carlos Villegas, Jr. as the person he knew as "Gordo."

**Amado Chacon-Menjivar**, an undocumented alien from El Salvador, stated after entering illegally into the United States, he was picked up near the Rio Grande River in a truck driven by "Gordo." "Gordo" transported **Chacon-Menjivar** and nine (9) other undocumented aliens to a stash house where they remained before being transported in the white F-150. Utilizing a six person photo lineup, **Chacon-Menjivar** identified Carlos Villegas, Jr. as the person he know as Gordo.